United States District Court
Southern District of Texas
**ENTERED**
July 27, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **RICARDO JERONIMO FERIA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-1174** |
| | § | |
| **DAVID COLE, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, (Dkt. No. 1), and Respondents' Motion for Summary Judgment, (Dkt. No. 12).

The Court **ORDERS** Petitioner to file supplemental briefing **by July 31, 2026**, that addresses the individualized facts supporting his asserted due process claim and liberty interest, including his date of entry.

It is so **ORDERED**.

**SIGNED** on July 27, 2026.

John A. Kazen
United States District Judge